UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR.S.07-391 LKK |
| v. | ) | |
| | ) | |
| JAMES DAVID PARIS | ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    (X) Ad Prosequendum                      () Ad Testificandum

Name of Detainee:      JAMES DAVID PARIS, CDC # F42543
                                Deuel Vocational Institution, Tracy, CA

Detained at (custodian):

Detainee is:    a.)    (X) charged in this district by: (X) Indictment () Information () Complaint
                            charging detainee with: Possession of Stolen Mail
    or    b.)    () a witness not otherwise available by ordinary process of the Court

Detainee will:    a.)    () return to the custody of detaining facility upon termination of proceedings
    or    b.)    (X) be retained in federal custody until final disposition of federal charges, as a sentence
                         is currently being served at the detaining facility

*Appearance is necessary on January 14, 2008, at 2 p.m. in the Eastern District of California.*

Signature:                    /s/ Robin R. Taylor
Printed Name & Phone No:    ROBIN R. TAYLOR, (916) 554-2722
Attorney of Record for:       United States of America

## WRIT OF HABEAS CORPUS
    (X) Ad Prosequendum                      () Ad Testificandum

       The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee on January 14, 2008, at 2 p.m. for an Initial Appearance, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: December 26, 2007

Edmund F. Brennan
United States Magistrate Judge

___

Please provide the following, if known:

| | | |
|---|---|---|
| AKA(s) (if applicable): | _____ | Male |
| CDC #: | F42543 | DOB: 06/25/81 |
| Facility Address: | Deuel Vocational Institution | Race: |
| | 23500 Kasson Road | FBI #: |
| | Tracy, CA 95376 | |
| Facility Phone: | (209) 835-4141 | |
| Currently Incarcerated For: | Possession of Stolen Mail | |

___

### RETURN OF SERVICE

Executed on    _____    By: _____
                                                                   (Signature)