```
DANIEL BRODERICK, Bar #89424
Federal Defender
Dennis S. Waks, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JAMES DAVID PARIS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-07-391 LKK |
| Plaintiff, | |
| v. | ORDER AFTER HEARING |
| CLARISO GLADYS TORRES, et al., | |
| Defendant. | Judge: Hon. Lawrence K. Karlton |

This matter came before the Court for Status Conference on June 17, 2008, in the courtroom of the Honorable Lawrence K. Karlton, U.S. District Court Judge. The government was represented by its counsel, Assistant United States Attorney Robin Taylor. Defendant John David Paris and his counsel, Supervising Assistant Federal Defender Dennis S. Waks were also present, as was Scott Cameron, attorney for co-defendant Clarisol Gladys Torres; Ms. Torres failed to appear. A warrant was issued for defendant, Clarisol Gladys Torres.

Defense counsel requested that the matter be set for further

1  status conference on July 8, 2008 at 9:30 a.m. for defendant James
2  David Paris.
3      The parties agreed on the need for additional time to allow for
4  defense preparation.
5      IT IS HEREBY ORDERED that this matter be set for further Status
6  Conference on July 8, 2008 at 9:30 a.m..
7      IT IS FURTHER ORDERED that pursuant to 18 U.S.C. § 3161
8  (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4), the period
9  from June 17, 2008 to and including July 8, 2008 is excluded from the
10 time computations required by the Speedy Trial Act due to ongoing
11 preparation of counsel.
12 DATED: June 27, 2008

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Proposed Order/Landry/CR-S-06-501-LKK     2