```
McGREGOR W. SCOTT
United States Attorney
ROBIN R. TAYLOR
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2722
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  | NO. CR S-07-391 LKK |
| ) | |
| Plaintiff,  ) | |
| ) | STIPULATION AND ORDER RESETTING |
| v.  ) | STATUS CONFERENCE AND EXCLUDING |
| ) | TIME UNDER THE SPEEDY TRIAL ACT |
| JAMES DAVID PARIS,  ) | |
| ) | DATE: July 22, 2008 |
| Defendant.  ) | TIME: 9:30 a.m. |
| _____) | CTRM: Honorable Lawrence K. Karlton |

The United States of America, through counsel of record, Assistant United States Attorney Robin R. Taylor, and defendant James David Paris, through counsel of record, Dennis S. Waks, Esq., hereby submit this stipulation and proposed order regarding the status conference held on July 8, 2008:

Pursuant to the defendant's request the case shall be continued to Tuesday, July 22, 2008. The defendant moves that time be excluded from July 8, 2008 to July 22, 2008, from computation of time within which the trial of this case must be commenced, pursuant 18 U.S.C. § 3161(h)(8)(B)(iv) (Local code T4 - to give counsel reasonable time to prepare). Mr. Waks represented he needs time to review discovery and to discuss case resolution.

1

1  The defendant is aware of the request for continuance and
2  approves of it.

3                                          Respectfully submitted,

4                                          McGREGOR W. SCOTT
                                           United States Attorney
5

6  Dated: July 3, 2008           By:   /s/ Robin Taylor
                                       ROBIN TAYLOR
7                                      Assistant U.S. Attorney
                                       Attorneys for Plaintiff
8

9  Dated: July 3, 2008           By:   /s/  Dennis Waks
                                       DENNIS S. WAKS
10                                     Attorney for Defendant

11

12                               **ORDER**

13     For good cause shown above,

14     **IT IS SO ORDERED.**

15  DATED: July 7, 2008

16                                      /s/ Lawrence K. Karlton
                                        LAWRENCE K. KARLTON
17                                      SENIOR JUDGE
                                        UNITED STATES DISTRICT COURT

18
19
20
21
22
23
24
25
26
27
28

2